**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION**

| | | |
|---|---|---|
| Corey Price and Robert Price, as Personal Representative of the Estate of Brenda Mickens, | ) ) ) ) | Civil Action No.4:19-cv-00486-DCC |
| Plaintiffs, | ) ) ) | |
| vs. | ) ) | **STIPULATION OF DISMISSAL AS TO DEFENDANT** |
| Jim Korey Chambley and Darling Ingredients and/or Denali Water Solutions, LLC Jointly and Severally, | ) ) ) ) | **DARLING INGREDIENTS, INC.** |
| Defendants. | ) ) | |

The undersigned, as counsel for the Plaintiff and Defendants, hereby stipulate, agree and consent, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, it is appropriate that Plaintiff dismiss its claims against the Defendant Darling Ingredients, Inc. *without costs and without prejudice*.

s/ Brent P. Stewart
BRENT P. STEWART
I.D. No.: 1609
*Attorney for Plaintiff*

s/ Edward A. Love
EDWARD A. LOVE
I.D. No.: 9778
*Attorney for Darling Ingredients, Inc.*

s/ Fred H. Oliver
Fred H. Oliver
I.D. NO.: 11732
*Attorney for Defendants Denali Water Solutions, LLC and Jim Korey Chambley*